**UNITED STATES of America, Plaintiff-Appellee, v. John PIERSON, Defendant-Appellant.**

No. 6454.

Circuit Court of Appeals, Seventh Circuit.

Nov. 24, 1937.

Harold J. Bandy, of Granite City, Ill., and Edward Pree, of Springfield, Ill., for appellant.

Howard L. Doyle, U. S. Atty., of Springfield, Ill., for appellee.

Before MAJOR, LINDLEY, and BARNES, Circuit Judges.

1022

PER CURIAM.

On motion of this court, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed for want of prosecution.